IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**KORY LAMAR WHITFIELD**,<br><br>Defendant | NO. 5: 08-MJ-06-08 (CWH)<br><br>**VIOLATION:** Suspended License |

# ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** filed herein by counsel for the United States (Tab #7) and for cause shown, said motion is GRANTED. This proceeding against defendant KORY LAMAR WHITFIELD is hereby DISMISSED without prejudice, and the WARRANT and DETAINER issued herein are VACATED and WITHDRAWN.

SO ORDERED AND DIRECTED, this 16th day of DECEMBER, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE